IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| CASSIE CREWS, | CV-19-54-H-CCL |
| Plaintiff, | |
| vs. | Order |
| WALMART, INC., | |
| Defendant. | |

The parties having filed a "Stipulation for Dismissal with Prejudice,"

IT IS HEREBY ORDERED that the above-entitled action be dismissed on the merits, with prejudice, as fully and finally compromised, each party to pay their own costs.

IT IS FURTHER ORDERED that the Final Pretrial Conference set for September 24, 2020 and the Jury Trial set for September 29, 2020 are VACATED.

Dated this 26th day of February, 2020.

CHARLES C. LOVELL
SENIOR UNITED STATES DISTRICT JUDGE